Susan E. Kirkgaard, SBN 134915
Krista J. Dunzweiler, SBN 227384
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501
E-Mail: susan.kirkgaard@bullivant.com
    krista.dunzweiler@bullivant.com

Attorneys for Defendant R+L Carriers, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD SPRINGER,<br><br>        Plaintiff,<br><br>    v.<br><br>R+L CARRIERS, INC., et al.,<br><br>        Defendants. | Case No.: 2:10-CV-00907-MCE-JFM<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR R+L CARRIERS, INC.'S TO MOVE OR PLEAD IN RESPONSE TO THE COMPLAINT AND FOR THE PARTIES TO FILE THEIR JOINT STATUS REPORT** |

    Plaintiff RICHARD SPRINGER ("Springer") and Defendant R+L CARRIERS, INC. ("R+L"), through their attorneys of record hereby request that the Court, pursuant to Local Rule 144, extend the deadline for R+L to move or plead in response to the Complaint by sixty (60) days, until July 10, 2010. Furthermore, the parties request that the Court extend the deadline for filing the Joint Status Report to July 23, 2010 set forth in the Order Requiring Joint Status Report. The parties further stipulate as follows:

    1.    Springer filed his Complaint for Breach of Government Code Section 12940, et seq: Discrimination on the basis of disability and/or perceived disability; Breach of Government Code Section 12940, et seq: Failure to accommodate and/or engage in an interactive process;

– 1 –

Breach of Government Code Section 12945.1, et seq: Refusal to grant and/or discrimination for taking a medical leave of absence, in the Yolo County Superior Court on or about March 1, 2010. Springer served the complaint on R+L on or about March 23, 2010.

2. R+L filed a Notice of Removal with the United States District Court for the Eastern District of California on or about April 14, 2010.

3. Pursuant to Local Rule 144, the parties agreed to extend R+L's deadline to move or plead in response to the Complaint by less than twenty eight (28) days, until May 11, 2010, and filed said stipulation with the Court on or about April 21, 2010.

4. The parties in this matter now jointly seek from this Court an Order extending Defendant R+L's deadline to move or plead in response to the Complaint by 60 days from the deadline agreed to by the parties. The parties request that the Court extend the deadline until July 10, 2010.

5. Following R+L's removal of this matter to this Court, the parties began to engage in discussions aimed at resolving this case informally. During those discussions, the parties agreed that an early mediation would be productive.

6. The parties are working diligently to schedule a private mediation regarding this case, and other similar litigation, to take place in June 2010. The requested extension would allow that mediation to occur and potentially resolve the matter in its entirety without further expense of judicial resources.

7. Furthermore, the mediation will likely include at least one other unrelated case in which Plaintiff's counsel also represents the party in that separate litigation. Because the mediation will encompass two separate plaintiffs in two separate actions, additional time for scheduling and coordination is required.

8. The parties believe that the sixty (60) day extension of R+L's deadline to move or plead in response to the complaint will provide the parties will sufficient time to fully explore the possibility of early resolution of the claims at issue in this case.

///

///

9. On or about April 16, 2010, the Court issued an Order Requiring Joint Status Report. That order requires that the parties submit a Joint Status Report within sixty (60) days of the date of service, or from the date of removal. As noted above, the case was removed on April 14, 2010; thus the deadline for filing the Joint Status Report is June 13, 2010. The parties do not want to detract from the efforts to resolve the matter informally through mediation, and believe that it is beneficial to the resolution process to delay the preparation and filing of the Joint Status Report until after R+L has responded to Plaintiff's Complaint.

IT IS SO STIPULATED.

BULLIVANT HOUSER BAILEY PC


By /s/_____
   Susan E. Kirkgaard
   Krista J. Dunzweiler

Attorneys for Defendant R + L Carriers, Inc.

HENK LEONARD


By:  /s/ ROBERT P. HENK, as authorized on
    5/5/2010

   Robert P. Henk
   Sheri L. Leonard

Attorneys for Plaintiff Richard Springer


## **ORDER**


Plaintiff RICHARD SPRINGER's and Defendant R+L CARRIERS, INC.'s stipulation and request for an order extending the deadline for R+L CARRIERS, INC. to move or plead in response to Plaintiff's Complaint came before the Court on this day.

Upon a showing of good cause as to why the deadline should be moved, IT IS HEREBY ORDERED that:

1. The deadline for R+L CARRIERS, INC. to move or plead in response to Plaintiff's Complaint shall be extended up through July 10, 2010.

2. The deadline for the parties to prepare and file the Joint Status Report shall be extended up through July 23, 2010.

Dated: May 11, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE