ROBERT P. HENK   (147490)
SHERI L. LEONARD  (173544)
**HENKLEONARD**
**A Professional Law Corporation**
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:   (916) 787-4544
Fax:              (916) 787-4530

Attorneys for Plaintiff
**RICHARD SPRINGER**

SUSAN E. KIRKGAARD    (134915)
KRISTA J. DUNZWEILER  (227384)
**BULLIVANT HOUSER BAILEY PC**
1415 L Street, Suite 1000
Sacramento, California  95814
Telephone:   (916)  930-2500
Facsimile:    (916)  930-2501

Attorneys for Defendant,
**R+L CARRIERS, INC.**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD SPRINGER** | **CASE NO.:  2:10CV00907 MCE JFM** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| **R + L CARRIERS, INC.** and **DOES 1 through 5**, inclusive, | |
| Defendant. | |

    **IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

1 | Dated: July 9, 2010

**HENKLEONARD**
*A Professional Law Corporation*

/s/SHERI L. LEONARD_____
**SHERI L. LEONARD**
Attorney for Plaintiff
**RICHARD SPRINGER**

Dated: July ___, 2010

**BULLIVANT HOUSER BAILEY PC**

_____
**SUSAN E. KIRKGAARD**
Attorney for Defendant
**R+L CARRIERS, INC.**

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to close this file.

Dated:  July 14, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order For Dismissal

2